UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

In the matter of:                          Case No.: 05-30444

Hairston, Carol L.                         Chapter 13 Proceedings

**Debtor(s).**                            Judge Daniel Opperman

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

      The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Carol L. Hairston | --- | --- | Unclaimed | 687429 | $ 575.66 |

Dated: August 25, 2009

                                            /s/Carl L. Bekofske
                                            Carl L. Bekofske,
                                            Standing Chapter 13 Trustee
                                            510 W. Court Street
                                            Flint, MI 48503
                                            Telephone: (810) 238-4675
                                            Fax: (810) 238-4712
                                            Email: ECF@flint13.com